**MICHAEL N. FEUER**, City Attorney - SBN 111529
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney – SBN 212289
**SCOTT MARCUS**, Chief, Civil Litigation Branch - SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**MATTHEW W. McALEER**, Deputy City Attorney – SBN 278595
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7043
Fax No.:     (213) 978-8785
Email: Matthew.McAleer@lacity.org

*Attorneys for Defendant*, **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YAROSHINSKY<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, and Does 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: CV**<br>Honorable Judge:<br>Honorable Magistrate Judge:<br><br>LASC CASE NO. **19STCV15714**<br><br>**ATTACHMENT TO CIVIL COVER SHEET** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ATTORNEYS FOR DEFENDANT CITY OF LOS ANGELES**

MICHAEL N. FEUER, City Attorney

KATHLEEN A. KENEALY, Chief Assistant City Attorney

SCOTT MARCUS, Chief, Civil Litigation Branch

CORY M. BRENTE, Senior Assistant City Attorney

MATTHEW W. McALEER, Deputy City Attorney

200 North Main Street

6th Floor, City Hall East

Los Angeles, CA 90012

Phone No.: (213) 978-7043

Fax No.: (213) 978-8785

# PROOF OF SERVICE

I, **NOE TISCARENO**, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On September 24, 2019, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on all interested parties in this action:

**Plaintiff in Pro Per :**
Michael Yaroshinsky
951 Hillcrest St, Unit 1
El Segundo, CA 90245
Tel: (650) 995-3327

I served a true copy of the document(s) above:

[X] **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:
    [X] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2019 at Los Angeles, California.

                                          /s/ *Noé Tiscareño*
                                    **NOE TISCARENO**, Declarant